UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA
P.O. BOX 1148
SCRANTON, PA    18501

March 12, 2013

RONALD JAMES BAKER
PRISONER NO.: DC-5930
SPECIAL MAIL - OPEN ONLY IN THE PRESENCE OF THE INMATE
SCI DALLAS
1000 FOLLIES ROAD
DALLAS, PA 18612

    RE:   BAKER v. WALSH
           CASE NUMBER: 3:13-CV-652

Dear Sir/Madam:

Receipt is acknowledged of the document noted at the foot of this letter, subject as captioned above.

The matter has been forwarded to the court for consideration.

Very truly yours,

MARY E. D'ANDREA, Clerk


By: s/L. Hannick
     Deputy Clerk

[X] Petition For Writ of Habeas Corpus          [] Complaint

[] Transfer From Other District                [ ] Other

ENCLOSED: Notice of Consent regarding Magistrate Referral.