UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RONALD JAMES BAKER, | : | CIVIL NO: 3:13-CV-00652 |
| Petitioner | : | |
| | : | (Judge Caputo) |
| v. | : | |
| | : | (Magistrate Judge Schwab) |
| JEROME WALSH, | : | |
| Respondent | : | |

FILED
SCRANTON
APR 17 2013
PER _____
DEPUTY CLERK

**ELECTION FORM**

I, __Ronald Baker__, the petitioner in the above-captioned case, have read the accompanying order in its entirety and make the following election:

**XX** I choose to have the Court rule on my Amended petition as filed under 28 U.S.C. § 2254. I understand that I may be forever barred from presenting in federal court any claim not presented in my petition. I further understand that by doing so I lose my ability to file a second or successive § 2254 petition absent permission by the Court of Appeals.

____ I choose to withdraw the petition so that I may file one all-inclusive petition under 28 U.S.C. § 2254 within the applicable statute of limitations. I understand that claims in any future petition may be barred if the petition is not filed within the applicable statute of limitations.

YOUR CHOICE ON THIS FORM, AS WELL AS THE FAILURE TO MAKE A CHOICE, WILL BE BINDING ON YOU AS RELATED TO YOUR LITIGATION IN FEDERAL COURT OF ANY CLAIM RELATED TO THE CUSTODY YOU HAVE CHALLENGED. READ CAREFULLY THE ORDER ACCOMPANYING THIS FORM NOTICE OF ELECTION.

I declare under penalty of perjury that the foregoing is true and correct.

_Ronald J Baker_      4-15-13
(Signature)            (Date)

Ronald BakerDC 5930
SCI Dallas
1000 Follies Road
Dallas, Pa. 18612

March 15, 2013

S/Susan E. Schwab,
U.S. Magistrate/Judge
U.S. Courthouse
P.O. Box 1148
Scranton, Pa. 18501-1148

    RE: <u>Baker v. Welsh & Bradford County District Attorney</u>:
        <u>Case No: 3:13-cv-00652-ARC-SES</u>.

Honorable Magistrate/Judge Schwab:

    Enclosed please find two copies of my Amended Petition For A Writ of Habeas Corpus.

    As per your instructions, I have Amended my original complaint to include all possible claims regarding the illegal sentences for DUI Aggravated Assault With Vehicle.

    The paralegal assisting me asks to please excuse the typos and the amended defendent footnote.

    His typewriter is malfunctioning, and its the best he can do.

                                   Very truly yours,

                                   *Ronald J Baker*
                                   Ronald Baker

