Ronald Baker
SCI Dallas
1000 Follies Road
Dallas, Pa. 18612

Feb. 07, 2014

Magistrate Judge,
Susan E. Schwab
U.S. Courthouse
P.O. Box
Scranton, Pa. 18501

**FILED SCRANTON**

FEB 1 4 2014

PER /s/ Amo
DEPUTY CLERK

RE: <u>Baker v. Walsh</u>, No: 3:13-cv-00652-ARC-SES

Honorable Judge Schwab:

Attached are copies of the docket entries in the above referenced cause. This writer is the Petitioner. Realizing the judicial Body for the Middle District of Pennsylvania is overworked and under paid, for example a recent ststistic reveals as of 2013, there were 446 (or so) active action in this District just from the SCI Dallas facility.

Refering back to the referenced cause above all the pleadings by both parties were completed as of August 12, 2013. The cause was not one requiring hours upon hours of pouring over the pleadings and the issues in dispute. (My thoughts only)

Because my liberty interests are at issue, I most respectfully ask this Honorable Court, when it's schedule permits, to bring this cause to a conclusion.

Thank you.

Respectfully,

*Ronald J Baker*
Ronald Baker

ADMINO,HABEAS,PROSE,REFER

# United States District Court
# Middle District of Pennsylvania (Scranton)
# CIVIL DOCKET FOR CASE #: 3:13-cv-00652-ARC-SES

Baker v. Walsh et al
Assigned to: Honorable A. Richard Caputo
Referred to: Magistrate Judge Susan E. Schwab
Cause: 28:2254 Petition for Writ of Habeas Corpus (State)

Date Filed: 03/12/2013
Jury Demand: None
Nature of Suit: 530 Habeas Corpus (General)
Jurisdiction: Federal Question

**Petitioner**

**Ronald James Baker**                          represented by **Ronald James Baker**
DC-5930
SCI - Dallas
SPECIAL MAIL - OPEN ONLY IN THE PRESENCE OF THE INMATE
1000 Follies Road
Dallas, PA 18612
PRO SE

V.

**Respondent**

**Jerome Walsh**                                represented by **Daniel J. Barrett**
*SCI Dallas Superintendent*
Bradford County District Attorney
301 Main Street, Courthouse
Towanda, PA 18848
570-265-1712
Email: bcda@mail.bradfordco.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Respondent**

**PA State Attorney General**                   represented by **Daniel J. Barrett**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Respondent**

**Bradford County District Attorney**           represented by **Daniel J. Barrett**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Albert C. Ondrey**
Bradford County District Attorney's Office
301 Main Street
Bradford County Courthouse
Towanda, PA 18848
570-265-1712
Fax: 2651731
Email: bcda@mail.bradfordco.org
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/12/2013 | 1 | PETITION for Writ of Habeas Corpus, filed by Ronald James Baker.(lh) (Entered: 03/12/2013) |
| 03/12/2013 | 2 | PRO SE LETTER ISSUED w/ Notice & Consent Form. (lh) (Entered: 03/12/2013) |
| 03/14/2013 | 3 | 30 DAY ADMINISTRATIVE ORDER directing the petitioner to pay the filing fee or file Application to Proceed IFP within 30 days or case will be dismissed.Signed by L. Potoeski on 03/14/13. (lp) (Entered: 03/14/2013) |
| 03/25/2013 | 4 | Filing fee: $ 5.00, receipt number 333028614 (bg) (Entered: 03/25/2013) |
| 04/04/2013 | 5 | ORDER - IT IS ORDERED that, on or before May 3, 2013, the petitioner shallcomplete and file the enclosed election form, indicating an election to have the petition construed and ruled upon under 28 U.S.C. § 2254 or to withdraw the current petition. In making this election, the petitioner should carefully consider all of the provisions of 28 U.S.C. § 2244. If the petitioner fails to complete and file the election form, the petition will be ruled upon under 28 U.S.C. § 2254. Signed by Magistrate Judge Susan E. Schwab on 4/4/13. (rc) (Entered: 04/04/2013) |
| 04/17/2013 | 6 | Amended 1 Petition for Writ of Habeas Corpus, filed by Ronald James Baker.(lh) Modified on 4/17/2013 (rc). (Entered: 04/17/2013) |
| 04/17/2013 | 7 | NOTICE OF ELECTION by Ronald James Baker. (lh) (Entered: 04/17/2013) |
| 04/17/2013 | 8 | ORDER TO SHOW CAUSE - IT IS ORDERED that the Clerk of Court is directed to serve a copy of the amended petition 6 and this order by certified mail on the District Attorney of Bradford County, Pennsylvania and the Attorney General of the Commonwealth of Pennsylvania. The respondent, on or before May 8, 2013, shall file an answer to the petition for writ of habeas corpus in the manner required by Rule 5 of the Rules Governing ' 2254 Cases in the United States Courts. See R. Governing ' 2254 Cases R. 5(b)-(d)(explaining required contents of answer and supporting materials)...All documents filed by the parties and by the court shall be served upon District Attorney of Bradford County and the Pennsylvania Attorney General. Signed by Magistrate Judge |

| | | |
|---|---|---|
| . . . . | | Susan E. Schwab on 4/17/13. SEE ORDER FOR COMPLETE DETAILS.(rc) (Additional attachment(s) added on 4/18/2013: # 1 Certified Mail Receipts) (rc). (Entered: 04/18/2013) |
| 04/30/2013 | 9 | MOTION for Extension of Time to File Brief filed by Bradford County District Attorney. (Ondrey, Albert) (Entered: 04/30/2013) |
| 05/01/2013 | 10 | ORDER granting 9 Motion for Extension of Time to File Response/Reply to the petition for writ of habeas corpus. The respondent shall file his response to the petition on or before 6/24/13. Signed by Magistrate Judge Susan E. Schwab on 5/1/13 (pw) (Entered: 05/01/2013) |
| 05/07/2013 | 11 | ACKNOWLEDGEMENT OF SERVICE Executed as to 8 Order to Show Cause on Daniel Barrett on 4/22/13. (pjr) (Entered: 05/07/2013) |
| 05/07/2013 | 12 | Letter dated 5/1/13 to Mr. Barrett from Amy Zapp, Chief Deputy Attorney General (bg) (Entered: 05/07/2013) |
| 06/19/2013 | 13 | RESPONSE TO PETITION FOR HABEAS CORPUS by Bradford County District Attorney by Bradford County District Attorney. (Attachments: # 1 EXHIBITS, # 2 EXHIBITS)(Ondrey, Albert) (Entered: 06/19/2013) |
| 07/03/2013 | 14 | MOTION for Extension of Time to file traverse by Ronald James Baker. (Attachments: # 1 Proposed Order)(bg) (Entered: 07/03/2013) |
| 07/03/2013 | 15 | ORDER - IT IS ORDERED that the petitioners motion 14 for an enlargement of time to file a reply is GRANTED and the petitioner shall file his reply on or before August 5, 2013. Signed by Magistrate Judge Susan E. Schwab on 7/3/13 (rc) (Entered: 07/03/2013) |
| 08/05/2013 | 16 | MOTION for Extension of Time for an additional Ten Days (10) to file Reply Brief by Ronald James Baker.(ga) (Entered: 08/05/2013) |
| 08/06/2013 | 17 | ORDER - IT IS ORDERED that the petitioners motion 16 for an enlargement of time to file a reply is GRANTED and the petitioner shall file his reply on or before August 16, 2013. Signed by Magistrate Judge Susan E. Schwab on 8/6/13. (rc) (Entered: 08/06/2013) |
| 08/12/2013 | 18 | TRAVERSE by Ronald James Baker to 1 Petition for Writ of Habeas Corpus, 13 Response to Petition for Habeas Corpus. (bg) (Entered: 08/12/2013) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 01/22/2014 12:03:03 | | | |
| PACER Login: | pp2905 | Client Code: | |
| Description: | Docket | Search | 3:13-cv-00652-ARC-SES Start date: |

**INMATE MAIL**

U.S. POSTAGE >> PITNEY BOWES
ZIP 18612 $ 000.48⁰
02 1W
0001389220 FEB 11 2014

NAME Ronald I Baker
NUMBER DC-5930

State Correctional Institution at Dallas
1000 Follies Road
Dallas, Pennsylvania 18612

INMATE MAIL
PA DEPT. OF CORRECTIONS

FILED
SCRANTON
FEB 14 2014
PER _____ DEPUTY CLERK

Magistrate Judge
Susan E Schwab
U.S. Courthouse
P.O. Box
Scranton PA 18501