Ronald Baker DC-5930
SCI Dallas
1000 Follies Road
Dallas, Pa. 18612

Magistrate Judge Susan E. Schwab,
United States District Court
Middledistrict of Pennsylvania
U.S. Courthouse/Federal Building
P.O. Box 1148
Scranton, Pa.  18501

**FILED**
**SCRANTON**

MAR 11 2014

PER _____
DEPUTY CLERK

RE:  <u>BAKER V. WELSH.</u>  <u>Case No</u>: 3:13-cv-00652-ARC-SES

<u>Honorable Judge Susan Schwab</u>:

With respect to the above cited cause this writer is the Petitioner. He is proceeding pro se and in forma pauperis. He has no legal skills, and his finances consist solely of the meager wages paid by the Pa. DOC. Approximately 33¢ A Hour

The complaint, objections to the respondents motion to dismiss etc. and a February 07, 2014, letter to the Clerk's Office to you, were all prepared for me by a coprisoner. On that subject, the coprisoner advises me that the Feb. 07, 2014 letter according to the file provided him by the Paralegal Project, 273, 273 Hykes Rd. East, Greencastle, Pa. 17225, was received by the Clerk of Courts Feb. 14, 2014.

It does not take 7 days for a letter to travel 40 miles from DOC Dallas to Scranton.  Somebody is tampering with my legal mail.  He suggested the following:

Could you please send me a copy of my complaint, the objections to the Respondent's Motion To Dismiss, and my letter to you. Please mark of the outside of the envelope OPEN ONLY IN THE PRESENCE OF THE PRISON.  Large bold type. I do not have the funds to pay for this service.  Thank you.

Very truly yours,

*Ronald J Baker*
Ronald Baker DC 5930

NAME Ronald J Baker
NUMBER DC-5930
State Correctional Institution at Dallas
1000 Follies Road
Dallas, Pennsylvania 18612

INMATE MAIL
PA DEPT. OF CORRECTIONS
SCRANTON
MAR 11 2014
PER [signature]

INMATE MAIL

US POSTAGE PITNEY BOWES
ZIP 18612
02 1W
0001389220 MAR 10 2014
$ 000.48⁰

Magistrate Judge Susan E Schwab
United States District Court
Middle district of PA
US Courthouse/Federal Building
PO Box 1148
Scranton PA 18501

18501$1148