IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RONALD JAMES BAKER,<br><br>    Petitioner,<br><br>    v.<br><br>JEROME WALSH, *et al.*,<br><br>    Respondents. | CIVIL ACTION NO. 3:13-CV-652<br><br>(JUDGE CAPUTO)<br><br>(MAGISTRATE JUDGE SCHWAB) |

### ORDER

**NOW**, this 6th day of August, 2014, **IT IS HEREBY ORDERED** that:

(1) The Report and Recommendation (Doc. 20) is **ADOPTED**.

(2) Petitioner Ronald James Baker's Amended Petition for Writ of Habeas Corpus (Doc. 6) is **DISMISSED**.

(3) The Clerk of Court is directed to mark the case as **CLOSED**.

                                                /s/ A. Richard Caputo
                                                A. Richard Caputo
                                                United States District Judge