UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

RONALD JAMES BAKER,

    Petitioner/Appellant

VS.                            CIVIL NO: 3:13-CV-652

JEROME WALSH, ET AL.,

    Respondent/Appellee.

### NOTICE OF APPEAL

Please take notice that the Petitioner/Appellant in the above styled cause hereby appeals from the ORDER of the District Court filed on August 06, 2014, denying his Petition For A Writ Of Habeas Corpus to the Third Circuit Court Of Appeals sitting in Philadelphia, Pennsylvania on this __1__ day of September, 2014.

                                       *Ronald J Baker*
                                       Ronald Baker

FILED
SCRANTON

SEP - 4 2014

PER _____
    DEPUTY CLERK

## CERTIFICATE OF SERVICE

Please take notice that on this Date, September __1__, 2014, the Petitioner/Appellant in the foregoing Notice Of Appeal, hereby certifies that he placed in the U.S. Prisoner Mail Box at SCI Dallas, Pa. a true and correct of this appeal to the parties identified below at their official addresses:

U.S. Clerk of Courts
U.S. Courthouse
P.O. Box 1148
Scranton, Pa. 18501-1148

Albert C. Ond4ey, Esquire
District Attorney's Offices
Bradford County Courthouse
301 Main Street
Towanda, Pa. 18848

_Ronald J Baker_
Ronald James Baker

NAME Ronald J Baker
NUMBER DC 5930

State Correctional Institution at Dallas
1000 Follies Road
Dallas, Pennsylvania 18612

INMATE MAIL
PA DEPT. OF CORRECTIONS

INMATE MAIL

US POSTAGE PITNEY BOWES
ZIP 18612 $ 000.48
02 1W
0001389220 SEP 02 2014

US. Clerk of Courts
US. Courthouse
P.O. Box 1148
Scranton PA 18561-1148