UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. <u>14-3840</u>

Baker v. Superintendent Dallas SCI
(M.D. Pa. No. 13-cv-00652)

**ORDER**

On September 14, 2014, Ronald James Baker filed a notice of appeal from the order of the United States District Court for the denying appellant's petition for writ of habeas corpus.  Insofar as it appears that the state court record is required for the disposition of the appeal, the District Court is directed to obtain the record from the Court of Common Pleas of Bradford County for the direct and post conviction proceedings in <u>Commonwealth v. Ronald James Baker</u> Indictment No. 08 CR 0000716 of 1996.  The District Court will forward the record to the Court of Appeals upon receipt.

By the Court,

/s/Marcia M. Waldron
Clerk

Date: December 2, 2016

mlr/cc: Kenneth M. Weidaw, III, Esq.
Albert C. Ondrey, Esq.

A True Copy:

Marcia M. Waldron, Clerk